B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| C.A.A.R.T Enterprises, Inc. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| DBA Better Homes and Gardens Real Estate Desert Properties; FKA ReMax Associates | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| 88-0451632 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 2225 Village Walk Drive, Suite 260<br>Henderson, NV | |
| ZIP Code: 89052 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Clark | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(4/10) | Page 2 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | C.A.A.R.T Enterprises, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)           (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | C.A.A.R.T Enterprises, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X**  /s/ Michael C. Van, Esq.
Signature of Attorney for Debtor(s)

Michael C. Van, Esq. #3876
Printed Name of Attorney for Debtor(s)

Shumway, Van & Hansen, Chtd.
Firm Name

8985 South Eastern Avenue, Suite 160
Las Vegas, NV 89123

Address

michael@shumwayvan; sandy@shumwayvan.com
702-478-7770  Fax: 702-478-7779
Telephone Number

June 29, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Tracy Ruck
Signature of Authorized Individual

Tracy Ruck
Printed Name of Authorized Individual

President
Title of Authorized Individual

June 29, 2011
Date

C.A.A.R.T Enterprises, Inc.
2225 Village Walk Drive, Suite 260
Henderson, NV 89052

Michael C. Van, Esq.
Shumway, Van & Hansen, Chtd.
8985 South Eastern Avenue, Suite 160
Las Vegas, NV 89123

Alternative Office Systems
3930 West Ali Baba Lane
Las Vegas, NV 89118

American Registry, LLC
Bassel Brown 1040 Holland Drive
Boca Raton, FL 33487-2759

Better Homes and Gardens Real Estate LLC
One Campus Drive
Parsippany, NJ 07054

Capital One Bank (USA) N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Capitol North American
1780 South Mojave Road
Las Vegas, NV 89104

CBE Group
131 Tower Park Drive, Suite 100
Waterloo, IA 50701

Chase Bank U.S.A. N.A.
Cardmember Service
P.O. BOx 94014
Palatine, IL 60094-4014

Chase Bank U.S.A., N.A.
Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Chase Bank U.S.A., N.A.
P.O. Box 15821
Wilmington, DE 19850-5821

Chris D. Computer Services
1512 Spreading Oak Drive
Henderson, NV 89014

Christopher Brown
c/o Erik Zentz, Esq.
517 S. Third Street
Las Vegas, NV 89101

```
Cox Communications
1400 Lake Hearn Drive
Atlanta, GA 30319

Dell Financial Services
CFS Acceptance
P.O. Box 5275
Carol Stream, IL 60197-5275

Dish Network
Dept. 0063
Palatine, IL 60055-0063

Fidelity National Law Group
c/o Thomas Ryan, Esq.
3980 Howard Hughes Pkwy. #230
Las Vegas, NV 89169

Gavin Ernstone
c/o Frank Perez, Esq.
McCullough, Perez & Associates, Ltd.
601 South Rancho Drive, #A-10
Las Vegas, NV 89106

HBN, Inc. dba RE/MAX Southwest
c/o William J. Kelly III, Esq.
Kelly, Stacy & Rita LLC
1401 17th Street, Suite 925
Denver, CO 80202

James R. Adams, Esq.
Assly Sayyar, Esq.
8661 West Sahara Avenue, Suite 280
Las Vegas, NV 89117

James Stevens & Daniels
1283 College Park Drive
Dover, DE 19904

John Benedict, Esq.
Law Offices of John Benedict
2190 E. Pebble Road, Suite 260
Las Vegas, NV 89123

Joseph Mann & Creed
20600 Chagrin Blvd. Suite 550
Shaker Heights, OH 44122-5340

Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH 44122-0253

Lawrence Nathan Associates
P.O. Box 93070
Henderson, NV 89009-3070
```

Liquidebt Systems, Inc.
29W170 Butterfield Road, Suite 102
Warrenville, IL 60555

LTD Financial Services, L.P.
7322 Southwest Freeway, Suite 1600
Houston, TX 77074

Merrick Bank
P.O. Box 5721
Hicksville, NY 11802-5721

NetOne
P.O. Box 570516
Las Vegas, NV 89157

Pedro Pete Peralta, Jr.
c/o Robert B. Pool, Esq.
2001 Paradise Road
Las Vegas, NV 89104

Promo Direct
2291 West 205th Street, Suite 201
Torrance, CA 90501

Protection One
P.O. Box 5714
Carol Stream, IL 60197-5714

Relocation Resources, LLC
1415 Louisiana, Suite 3475
Houston, TX 77002

S. Archie McRimmon, Jr. CPA. Ltd.
6859 S. Eastern Avenue, Suite 102
Las Vegas, NV 89119

Select Air Conditioning
c/o Zimmerman & Associates, Ltd.
P.O. Box 28039
Las Vegas, NV 89126-2039

Snell & Wilmer, L.L.P.
One Arizona Center
Phoenix, AZ 85004

Staples Business Advantage
Dept. LA P.O. Box 83689
Chicago, IL 60696-3689

Teresa Marasco
c/o Puoy Premsrirut, Esq.
Brown Brown & Premsrirut
520 South Fourth Street, 2nd Floor
Las Vegas, NV 89101

The Stirling Club
2827 Paradise Road
Las Vegas, NV 89109

Transworld Systems, Inc.
9525 Sweet Valley Drive
Cleveland, OH 44125

Trop-Aquarium Maintenance Company
3125 E. Tropicana Avenue, Suite D
Las Vegas, NV 89121

Vela Insurance Services, LLC
311 South Wacker Drive, Suite 3600
Chicago, IL 60606

Village Square at Peccole
3800 Howard Hughes Parkway #1200
Las Vegas, NV 89169

Vortex
4175 So. Cameron Street, Suite 6
Las Vegas, NV 89103

West Elm
P.O. Box 659705
San Antonio, TX 78265-9705

Xerox Capital Services, LLC
P.O. Box 660501
Dallas, TX 75266-0501

Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361